**WHOLE COURT**

**NOTICE: Motions for reconsideration must be**
***physically received*** **in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**February 10, 2017**

# In the Court of Appeals of Georgia

A14A1587. SCAPA DRYER FABRICS, INC. v. KNIGHT et al.

MCFADDEN, Presiding Judge.

In *Scapa Dryer Fabrics, Inc. v. Knight*, 332 Ga. App. 82 (770 SE2d 334) (2015), this court affirmed a final judgment entered after a jury trial, finding, among other things, that the trial court had not erred in admitting certain expert testimony. In *Scapa Dryer Fabrics, Inc. v. Knight*, 299 Ga. 286 (788 SE2d 421) (2016), the Georgia Supreme Court reversed Division 2 of our decision, holding that, regardless of its scientific validity, the expert testimony did not "fit" the legal standard for causation and so had been erroneously admitted.

The judgment of the Supreme Court is adopted in place of Division 2 of the opinion of this court. The remaining portions of our "opinion were neither addressed nor considered by the Supreme Court" and "are consistent with th[at] Court's ruling,"

so "they become binding upon the return of the remittitur." *Shadix v. Carroll Cty.*, 274 Ga. 560, 563-64, 554 S.E.2d 465, 468 (2001).

The parties have filed supplemental briefs. But the issues raised in those briefs should be considered in the first instance by the trial court.

The judgment of the trial court is reversed.

*Judgment reversed. Doyle, C. J., Barnes, P. J., Andrews, Ray, Branch, and Self, JJ., concur.*